UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:15 CR00067 (WWE) |
| V. | : | |
| ROBERT GENTILE | : | JULY 21, 2015 |

**DEFENDANT'S MOTION TO DISMISS**

Defendant in the above-captioned matter, Robert Gentile, moves this Honorable Court, pursuant to Rule 12(b)(3) of the Federal Rules of Criminal Procedure and the Fifth Amendment to the United States Constitution, to dismiss the indictment based on the doctrine of outrageous government conduct. The Government's excessive involvement in the alleged offense conduct, where the intent and object of the instant arrest and prosecution was to coerce and compel Defendant's cooperation in a wholly unrelated matter, is a significant violation of due process of law. For this reason, in accord with the Second Circuit's recognition of the doctrine of outrageous government conduct (see, e.g., United States v. Al-Kassar, 660 F.3d 108, 120-21 (2011), and as set forth more fully in Defendant's accompanying memorandum of law, Defendant

respectfully requests that the doctrine be applied under the unique facts of this case, and that the indictment be dismissed.

DEFENDANT,
ROBERT GENTILE

By: _____
A. Ryan McGuigan
Federal Bar No. ct24571
Rome McGuigan, P.C.
One State Street, 13th Floor
Hartford, CT 06103-3101
860-549-1000
860-724-3921 (fax)
rmcguigan@rms-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July, 2015, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

_____
A. Ryan McGuigan

LM8667