**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No. 3:15 CR00067 (WWE)** |
| **V.** | : | |
| **ROBERT GENTILE** | : | **SEPTEMBER 9, 2015** |

## DEFENDANT'S SURREPLY TO GOVERNMENT'S RESPONSE TO MOTION TO DISMISS

Defendant in the above-captioned matter respectfully seeks to correct an error in the Government's Memorandum of Law in Response to Defendant's Motion to Dismiss dated August 11, 2015 (Docket Entry No. 31.00). The Government correctly noted that Defendant, in two prior criminal matters before this Court, United States v. Gentile, Nos. 3:12 CR 00072 (RNC) and 31:12 CR 00034 (RNC), had filed motions to dismiss in each case, on the same grounds upon which he now rests the instant motion to dismiss, namely the doctrine of outrageous government misconduct. Govt's Mem. pp. 2-3. However, the Government *twice* erroneously states that in those two prior cases, Judge Chatigny denied Plaintiff's motions to dismiss.

A review of the docket sheet for both of these prior cases establishes that Judge Chatigny *never denied either of Defendant's motions to dismiss based on the*

*defense of outrageous government misconduct.* In actuality, Defendant moved to withdraw the motions, the Court granted each withdrawal, and Defendant proceeded to enter guilty pleas. See United States v. Gentile, Nos. 3:12 CR 00072 (RNC) (motion to withdraw, Docket Entry No. 35 dated October 26, 2012, granted November 14, 2012, Docket Entry No. 40); and 31:12 CR 00034 (RNC) (motion to withdraw, Docket Entry No. 69 dated October 26, 2012, granted November 14, 2012, Docket Entry No. 74).

The Government's innuendo in its instant reply that prior adverse rulings on kindred motions strip the Defendant's argument of any merit is baseless.

DEFENDANT,
ROBERT GENTILE

By: /s/

A. Ryan McGuigan
Federal Bar No. ct24571
Rome McGuigan, P.C.
One State Street, 13th Floor
Hartford, CT 06103-3101
860-549-1000
860-724-3921 (fax)
rmcguigan@rms-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2015, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

/s/
A. Ryan McGuigan

LQ4567



*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726