UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:15cr67 (WWE) |
| v. | : | SEPTEMBER 28, 2015 |
| ROBERT GENTILE | : | |

## CORRECTED MOTION FOR HEARING

On July 21, 2015, the defendant filed a motion to dismiss in the above-captioned matter. (Docket Entries 29 and 30.)  On August 11, 2015, the Government filed its response. (Docket Entry 31.)  The Government respectfully submits that oral argument on this motion would be useful to the Court, and therefore asks that the Court schedule a hearing – which need not be overly long – to hear the parties' oral submissions on this matter.

The Government also notes, for the Court's information, that the Speedy Trial Act clock is generally tolled for a certain period while motions are pending, but the clock resumes 30 days after a motion "is actually under advisement by the court." 18 U.S.C. § 3161(h)(1)(H).  As noted above, the Government is respectfully requesting a hearing to present oral argument, after which the motion would be "under advisement," unless the Court were to order supplemental briefing or argument.  Alternatively, if the Court does not believe that oral argument is necessary, the Government respectfully requests that the Court enter a finding pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), excluding the time from now until November 30 (or whatever other period of time the Court may deem necessary), on the grounds that such time is needed by the Court to decide the pending motion, and that the ends of justice served by such an exclusion of

time outweigh the best interest of the public and the defendant in a speedy trial.

                                Respectfully submitted,

                                DEIRDRE M. DALY
                                UNITED STATES ATTORNEY

                                */s/ John H. Durham*

                                JOHN H. DURHAM
                                ASSISTANT UNITED STATES ATTORNEY
                                Federal Bar No. ct05087
                                157 Church Street, 25th Floor
                                New Haven, CT 06510
                                Tel.: (203) 821-3700

## CERTIFICATION

I hereby certify that on September 28, 2015 a copy of foregoing was filed electronically and served by hand on anyone unable to accept electronic filing.   Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ John H. Durham*
_____
JOHN H. DURHAM