AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) |
|---|---|
| v. | ) |
| Robert V. Gentile | ) Case No. 3:15-cr-67-WWE |
| | ) |
| | ) |
| | ) |
| Defendant | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Robert V. Gentile
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1    18 USC 922              Possession of Ammunition by Convicted Felon
Count 2    18 USC 922 & 924        Sale of Firearm to a Convicted Felon

Date:   04/29/2015

*Issuing officer's signature*

City and state:   New Haven, CT

A. Campbell, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  4/29/15, and the person was arrested on *(date)*  4/17/15
at *(city and state)*   HARTFORD, CT

Date:  10/27/15

*Arresting officer's signature*

MICHAEL NOVAK, USMS WARRANT SQUAD
*Printed name and title*