UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No.: 3:15CR00067 (WWE) |
| ROBERT GENTILE | : NOVEMBER 9, 2015 |

### DEFENDANT ROBERT GENTILE'S MOTION FOR CONTINUANCE

Pursuant to L.R. Crim. P. Rule 47, the defendant, Robert Gentile, by and through his undersigned counsel, hereby moves this Court for an Order continuing the hearing which is currently scheduled for November 10, 2015, for the reason that the defendant is awaiting transcripts from the Government of audio recordings between the defendant and the cooperating witnesses.

The undersigned represents that he has conferred with counsel for the Government, Assistant United States Attorney John Durham, who consents to the granting of this motion.

WHEREFORE, the defendant Robert Gentile hereby moves the Court for an Order continuing the hearing.

DEFENDANT, ROBERT GENTILE

By _____
A. Ryan McGuigan, Esq.
Federal Bar No.: ct24571
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103
Tel:  860/549-1000
Fax: 860/724-3921
Email:  rmcguigan@rms-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2015, a copy of the foregoing documents was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing.

_____
A. Ryan McGuigan

16289-3

2