Crim-Mot hrg (Dec-2008)

HONORABLE: Robert N. Chatigny

DEPUTY CLERK Glynn, T.          RPTR/ECRO/TAPE Warner, D.

TOTAL TIME: _____ hours 26 _____ minutes     USPO _____ INTERPRETER _____

DATE: 1/21/16     START TIME: 12:04     END TIME: 12:30

LUNCH RECESS     FROM: _____     TO: _____

RECESS (if more than ½ hr)     FROM: _____     TO: _____

CRIMINAL NO. 15cr67 RNC _____ Deft # 1 _____

UNITED STATES OF AMERICA

John Durham with case agent and paralegal
_____
AUSA

vs

McGuigan/Plotkin
_____
Robert Gentile
_____     Defendant's Counsel ☐ CJA ☐ Retained ☐ PDA

## HEARING ON CRIMINAL MOTIONS

| | | | | |
|---|---|---|---|---|
| ☒......# 53 | Deft Gentile | Motion for Disclosure | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____ oral motion_____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____ oral motion_____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____ oral motion_____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's oral motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's oral motion _____ | | ☐ granted ☐ denied ☐ advisement |

☐............... Brief(s) due _____ Response(s) due _____ Replies due _____

☐............... Bond ☐ set at $_____ ☐ reduced to $_____ ☐ Non-surety ☐ Surety ☐ PR

☐............... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified

☐............... Defendant REMANDED to custody

☐............... Competency Hearing ☐ held ☐ continued until _____ at _____

☐............... _____ hearing continued until _____ at _____

☐............... Court finds defendant _____ ☐ competent ☐ incompetent

☐............... Court orders defendant _____ to undergo psychiatric evaluation

☐............... Motion Hearing continued until _____ at _____

☒............... SEE PAGE II for additional entries

## DOCUMENTS FILED IN OPEN COURT

☐............  _____  ☐ filed ☐ docketed
☐............  _____  ☐ filed ☐ docketed
☐............  _____  ☐ filed ☐ docketed
☐............  _____  ☐ filed ☐ docketed
☐............  _____  ☐ filed ☐ docketed
☐............  _____  ☐ filed ☐ docketed
☐............  _____  ☐ filed ☐ docketed
☐............  _____  ☐ filed ☐ docketed
☐............  _____  ☐ filed ☐ docketed
☐............  _____  ☐ filed ☐ docketed
☐............  _____  ☐ filed ☐ docketed
☐............  _____  ☐ filed ☐ docketed
☐............  _____  ☐ filed ☐ docketed
☐............  _____  ☐ filed ☐ docketed
☐............  _____  ☐ filed ☐ docketed
☐............  _____  ☐ filed ☐ docketed
☐............  _____  ☐ filed ☐ docketed
☐............  _____  ☐ filed ☐ docketed

## MISCELLANEOUS PROCEEDINGS

Counsel to confer re: Discovery.  Deft. to file a motion regarding discovery and the government to respond.

Jury selection set for March 8, 2016. Time from the Speedy trial clock to be excluded from 2/9/16-3/8/16.  Due to the

courts trial schedule, another judge may be needed to conduct the trial. Defense counsel will confer with his client

and get back to the court within a week regarding another judge or perhaps having a trial in April.