UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Case No.: 3:15CR00067 (WWE) |
| ROBERT GENTILE : | MARCH 2, 2016 |

## MOTION TO WITHDRAW DOCUMENT

Pursuant to Local Rule 83.6, the Defendant, Robert Gentile, through undersigned counsel, hereby withdraws his Motion to Dismiss dated February 23, 2016 (Document No. 69).

DEFENDANT, ROBERT GENTILE

By _____/s/_____
A. Ryan McGuigan
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103
Tel: 860/549-1000
Fax: 860/7243921
Email: amcguigan@rms-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2016, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

/a/
A. Ryan McGuigan

16289-3/M25201