UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Case No.: 3:15CR00067 (RNC) |
| ROBERT GENTILE : | MARCH 1, 2016 |

### AFFIDAVIT OF ROBERT GENTILE

I, Robert Gentile, being duly sworn, so hereby state the following:

1. I have first-hand knowledge of the facts set out below, I am above the age of twenty-one years, and I believe in the obligations of an oath.

Ronald Bowes come to my house in a snowstorm. I let him in. I made him a sandwich and gave him a cup of coffee. We talked and he said Sammy wants to meet me and give me some money that he owes. About a week later we met Sammy. Sammy and Ron gave me $500.00 and Ron gave me $1000.00 that they owed me. Next time we met, Sammy said he wanted me to

meet a guy that he does business with with the grass. The next time we met at the restaurant Sammy brought his friend Nick. Nick told me that he would deliver grass for his boss and pick up the money. Two weeks later, Ron called me and asked me if I wanted to get involved with the grass business with Nick. I said no. Two weeks later Ron called me and told me he was getting pills from his friend in East Hartford and wanted to know if I wanted a piece of the action. I said, NO.

Rome McGuigan, P.C. • Attorneys at Law
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

A couple more weeks go by and Thon says his friend is growing grass in Maine and has a license and Thon wanted me to go to Maine and start a grow house. I told him, no.

Sammy and Thon came to my house, one time. Sammy said we are going to make $50,000.00 a piece, me and Thon. Sammy said that the guy that they're ~~buying~~ selling RG the grass ~~from~~ to RG, read my name in the paper and knew about the paintings from the Gardner Museum. Sammy said, that the guy wanted to buy the paintings so he could sell them to a guy, out of the

Rome McGuigan, P.C. • Attorneys at Law
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

country for a couple of a million a piece.

Sonny and Munnie kept asking me about the paintings and telling me that the boss that sold them the grass wanted the paintings. They said he was the guy from Ticketmaster. We met with Nick about three more times. The last time was at a restaurant. We were having lunch. Munnie told me that the Ticketmaster guy told Nick not to buy ~~sell~~ any more grass

After Munnie if I didn't sell him the paintings.
RG
I don't have any paintings, so I told the guy

Rome McGuigan, P.C. • Attorneys at Law
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

that he's stupid. I told him your boss is an asshole.

Ronnie came to me later and said that he owed $50,000.00 to the guys in Arizona that he gets the grass from. He couldn't sell the grass to Ticketmaster because I wouldn't sell the paintings, and he couldn't get rid of the grass he had. He told me that he thought they were gonna kill him.

Rome McGuigan, P.C. • Attorneys at Law
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

Further the affiant sayeth not.

*[signature]*
Robert Gentile

STATE OF RHODE ISLAND }
                                } ss: March 1, 2016
COUNTY OF PROVIDENCE }

Personally appeared, Robert Gentile, and attests that he has reviewed the foregoing statements, and that to the best of his knowledge and belief, the statements are true and correct.

Subscribed and sworn to before me this 1st day of March, 2016.

*[signature]*
Commissioner of the Superior Court