UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No.: 3:15CR00067 (RNC) |
| ROBERT GENTILE | : MARCH 21, 2016 |

### DEFENDANT ROBERT GENTILE'S MOTION FOR CONTINUANCE OF TRIAL

Pursuant to L.R. Crim. P. Rule 47 and 18 U.S.C. 3161, the defendant, Robert Gentile, by and through his undersigned counsel, hereby moves this Court for an Order continuing the trial contingent upon whether it grants or denies Defendant's Motion for Information Material to Defense dated February 1, 2016 (Docket Entry No. 63). Jury selection in this matter had been scheduled for April 12, 2016. In the event that this court denies Defendant's pending discovery motion in its entirety, the Defendant will abide by the currently scheduled trial date. However, if this court grants Defendant's motion either in whole or in part, Defendant respectfully requests a continuance of sixty (60) days from the Government's compliance with the court's order with respect to its disclosure of the requested documents.

If this court grants Defendant's discovery motion, Defendant will require a continuance so that he may digest the requested documentation of the government's investigations of the Defendant over the last two years, in furtherance of developing his entrapment defense at trial. Defendant's pending motion seeks an order

1

compelling the Government to disclose information pertaining to its investigation of the Defendant's purported connection to the 1991 theft of 13 paintings from the Isabella Stewart Gardner Museum, which the Government has conceded is the sole basis of its interest in Mr. Gentile, and from which the Government's serial efforts to entice his involvement in myriad stage-managed, bogus criminal activities eventually led to the instant indictment.  Said discovery motion further requests additional disclosure of information concerning such inducements, because, on information and belief, at the government's behest, the government's agents often injected the stolen artwork into their fabricated criminal conspiracies, to which the defendant invariably refused to participate. Such resistance is indicia of the defendant's propensity to commit crimes, or lack thereof, and is therefore essential to the defense of entrapment; such evidence is also demonstrative of the government's overkill tactics with respect to Mr. Gentile, and necessary to his entrapment defense.

In the event that this court grants Defendant's discovery motion, and the government disclosed the requested materials, the undersigned's ability to process and analyze said materials will therefore require more time so that the defendant may adequately prepare for trial. 18 U.S.C. 3161(h)(7)(iv) allows for a continuance in such circumstances where to fail to grant said continuance "would deny counsel for the defendant ... the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." The undersigned maintains that this is just such a case, and a continuance is warranted.

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

WHEREFORE, for all the reasons forthwith, Defendant Robert Gentile requests that this court continue the trial currently scheduled to commence on April 12, 2016 for sixty (60) days from the Government's compliance with the court's order with respect to disclosure of the requested documents, in the event that this court grants, in whole or in part, Defendant's pending Motion for Information Material to Defense dated February 1, 2016.

DEFENDANT, ROBERT GENTILE

By   /s/ A. Ryan McGuigan
A. Ryan McGuigan, Esq.
Federal Bar No.: ct24571
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103
Tel: 860/549-1000
Fax: 860/724-3921
Email: rmcguigan@rms-law.com

3

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2016, a copy of the foregoing documents was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing.

                                                /s/ A. Ryan McGuigan
                                                A. Ryan McGuigan

16289-3/M34062

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726