UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:15cr67 (RNC) |
| v. | : | MARCH 23, 2016 |
| ROBERT GENTILE | : | |

GOVERNMENT'S MOTION FOR EXTENSION OF TIME
OF ONE DAY TO FILE RESPONSE TO THE DEFENDANT'S MOTION FOR
DISCLOSURE OF INFORMATION MATERIAL TO THE DEFENSE (DOCUMENT #63)

Comes now the United States, by and through its undersigned counsel, to seek an extension of time of one day until March 24, 2016 to file its response to the defendant Robert Gentile's Motion for Disclosure of Information Material to the Defense (Document #63) in the above-captioned matter. This motion is based on the following circumstances:

1. The Government's Response to the Defendant's Motion is scheduled to be filed on March 23, 2016, pursuant to the Court's Order for which ECF notice was received on the afternoon of Friday, March 18, 2016.

2. The Government counsel was required to be in Court for a lengthy sentencing proceeding which took place in a separate matter on Monday, March 21, 2016. In addition, the undersigned was required to be out of the District on Tuesday, March 22, 2016. Finally, Government counsel was involved in an unrelated court proceeding on the morning Wednesday, March 23, 2016.

3. This is the Government's first motion for extension of time to file the Government's Response to the Defendant's Motion.

4. Counsel for the defendant, Attorney Ryan McGuigan, has advised that the defense has no objection to the granting of this motion.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

/s/ John H. Durham

JOHN H. DURHAM
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct05087
157 Church Street, 23rd Floor
New Haven, CT 06510
(203) 821-3700

## <u>C E R T I F I C A T I O N</u>

I hereby certify that on March 23, 2016, the foregoing Government's Motion for Extension of Time was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ John H. Durham
_____
JOHN H. DURHAM
ASSISTANT U.S. ATTORNEY