**ATTACHMENT ONE**

**MAY 2014**
**VOLUME 56**
**NUMBER 5**

# STORM DATA



## AND UNUSUAL WEATHER PHENOMENA WITH LATE REPORTS AND CORRECTIONS



**noaa**  NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION
NATIONAL ENVIRONMENTAL SATELLITE, DATA AND INFORMATION SERVICE
NATIONAL CLIMATIC DATA CENTER, ASHEVILLE, NC

**Cover:** This cover represents a few weather conditions such as snow, hurricanes, tornadoes, heavy rain and flooding that may occur in any given location any month of the year. *(Photos courtesy of NCDC)*

# TABLE OF CONTENTS

                                                                                              Page

Storm Data and Unusual Weather...............................................................................3

Additions/Corrections.............................................................................................482

Reference Notes.....................................................................................................510

## STORM DATA
(ISSN 0039-1972)
National Climatic Data Center
Editor: Rhonda Herndon

**STORM DATA** is prepared, and distributed by the National Climatic Data Center (NCDC), National Environmental Satellite, Data and Information Service (NESDIS), National Oceanic and Atmospheric Administration (NOAA).

The Storm Data and Unusual Weather Phenomena narratives and Hurricane/Tropical Storm summaries are prepared by the National Weather Service. Monthly and annual statistics and summaries of tornado and lightning events resulting in deaths, injuries, and damage are compiled by the National Climatic Data Center and the National Weather Service's (NWS) Storm Prediction Center.

**STORM DATA** contains all confirmed information on storms available to our staff at the time of publication. Late reports and corrections will be printed in each edition.

Except for limited editing to correct grammatical errors, the data in Storm Data are published as received.

Note: "None Reported" means that no severe weather occurred and "Not Received" means that no reports were received for this region at the time of printing.

Subscription, pricing, and ordering information is available from:

NOAA \ National Climatic Data Center
Attn: User Engagement & Services Branch
151 Patton Avenue
Asheville, NC  28801-5001
(828) 271-4800, option 2 (Customer Services)

Storm Data
National Climatic Data Center
151 Patton Avenue
Asheville, NC  28801-5001
e-mail: storm.data@noaa.gov

Any such items received by the editor will be for use in **STORM DATA** only. Any other use will be with the permission of the owner of said items. Materials will be returned if requested.

This is an official publication of the National Oceanic and Atmospheric Administration and is compiled from information received at the National Climatic Data Center Asheville, North Carolina 28801-5001.

*Thomas R. Karl*

Thomas R. Karl
Director,
National Climatic Data Center

# Storm Data and Unusual Weather Phenomena

May 2014

| Location | Date | Time Local/Standard | Path Length (Miles) | Path Width (Yards) | Number of Persons Killed | Number of Persons Injured | Estimated Damage Property | Estimated Damage Crops | Character of Storm |
|---|---|---|---|---|---|---|---|---|---|

### COLORADO, West

**COZ014**

Upper Gunnison River Valley
11  2200MST
12  2000MST                  0    0    0.00K    0.00K    Winter Storm

A moist and slow moving upper low produced a prolonged period of snowfall to most mountain areas and some lower elevation locations in western Colorado.

**COZ009-012-018>019**

Gore and Elk Mountains/Central Mountain Valleys - Grand and Battlement Mesas - Northwestern San Juan Mountains - Southwestern San Juan Mountains - West Elk and Sawatch Mountains
24  1700MST
25  0500MST                  0    0    0.00K    0.00K    Winter Weather

An unseasonably cold and somewhat moist upper low tracked across the southwestern states and produced significant snowfall in some of the higher elevations of southwest and west central Colorado.

**Mesa County**

**7 E Plateau City**   25   1645MST
                            1650MST              3    0    25.00K   0.00K    Debris Flow

A landslide consisting of about 30 million cubic meters of rock and soil broke loose from the side of the Grand Mesa near the 10,000 foot level and traveled nearly 3 miles down the West Salt Creek drainage. Three ranchers were apparently buried by the landslide which deposited debris over 100 feet deep along the slide path. This was one of the largest landslides ever documented in the United States. This landslide occurred during the period of peak snowmelt and just after heavy rainfall occurred in the area. Radar estimates and nearby rain gauge measurements for the 36 hour period prior to the landslide were around one inch. M51OU, M24OU, M46OU

During the peak of snowmelt on the Grand Mesa was a period of heavy rainfall which may have combined to precipitate a massive landslide on the north side of the Grand Mesa. M51OU, M24OU, M46OU

### CONNECTICUT, Northeast

**Windham County**

**Brooklyn**   25   1338EST
                   1353EST                       0    0    0.00K    0.00K    Hail (0.75)

Penney to nickel size hail fell for 15 minutes.

**Windham County**

**Woodstock**   25   1346EST
                    1349EST                      0    0    0.00K    0.00K    Hail (1.00)

Dime size hail fell from 2:46pm to 2:49pm, then nickel to quarter size hail fell.

An upper level disturbance moved through Southern New England, igniting showers and thunderstorms across the area. Many of these storms produced small to large size hail thanks to very cold temperatures aloft.

### CONNECTICUT, Northwest

**Litchfield County**

**1 S Marble Dale**
**2 NW Bridge Water**   27   1755EST
                             1815EST             0    0                      Thunderstorm Wind (87EG)

A National Weather Service storm survey determined straight line winds produced sporadic and intermittent damage along a 7 mile swath across southern Litchfield County. Winds were estimated up to 100 MPH. The estimated path width was one mile.

Note: The estimated wind gust of 87 knots is equivalent to 100 mph.

**Litchfield County**

**1 ENE Park Lane**   27   1800EST               0    0                      Thunderstorm Wind (50EG)

Broadcast Media reported that downed power lines resulted in a man exiting a vehicle to be electrocuted. The man died as a result of the injuries.

# Storm Data and Unusual Weather Phenomena

May 2014

| Location | Date | Time Local/Standard | Path Length (Miles) | Path Width (Yards) | Killed | Injured | Property | Crops | Character of Storm |
|---|---|---|---|---|---|---|---|---|---|

## CONNECTICUT, Northwest

An isolated thunderstorm moved southeast across Litchfield County Connecticut during the late afternoon and early evening hours on Tuesday, May 27th. The thunderstorm strengthened as it reached the southern portion of the county and produced a period of gusty winds, heavy rainfall and frequent cloud to ground lightning. The storm produced wind damage to trees and homes in the town of New Milford. Several roads were closed a result of downed trees and power lines. In addition, schools in New Milford were closed on Wednesday, May 28th due to the ongoing cleanup from the storm damage.
A National Weather Service Storm Survey determined that straight line winds produced winds up to 100 MPH with damage sporadic and intermittent along a 7 mile swath. Unfortunately, one person in New Milford died due to electrocution as a result of downed wires falling on a vehicle. Up to 13,000 people throughout the area lost power as a result of the thunderstorms.
Note: The estimated wind gust of 50 knots is equivalent to 58 mph.

## CONNECTICUT, Southern

**New Haven County**
**1 NE New Haven**     01     0420EST
                              0450EST                                  0       0       0.00K    0.00K    Flood

The on ramp from Interstate 91 south to Interstate 95 in New Haven was closed due to flooding.

A frontal system associated with a large cutoff low pressure system over the Midwest and Lower Great Lakes region caused periods of heavy rain, which resulted in isolated flooding in New Haven County.

**Middlesex County**
**Middletown**          10     1520EST                                  0       0                         Thunderstorm Wind (52EG)

Multiple trees were reported down across the town.
A warm front lingered just north of the region while a cold front approached the region from the west during the day. This resulted in a severe thunderstorm that caused wind damage in Middlesex County. Note: The estimated wind gust of 52 knots is equivalent to 60 mph.

**Fairfield County**
**2 S Plattsville**     22     1024EST                                  0       0       2.00K             Lightning

Lightning struck a tree, which resulted in damage to a garage and portion of the associated house.

A trough of low pressure lingering across the Tri state area triggered multiple rounds of showers and thunderstorms, resulting in damage from a lightning strike.

**New London County**
**2 E Pachaug**         25     1417EST                                  0       0                         Hail (1.75)

**New London County**
**1 SE Jewett City**    25     1425EST                                  0       1                         Hail (1.75)

A motorcyclist was injured due to falling hail, resulting in some cuts. The accident occurred near the intersection of Routes 138 and I-395, south of Jewett City.
Hail size was estimated by nearby reports.

**New London County**
**1 N Preston**         25     1434EST                                  0       0                         Hail (1.00)

**New London County**
**3 ENE Ledyard Center** 25    1437EST                                  0       0                         Hail (1.00)

A weak trough across the region triggered late afternoon isolated severe thunderstorms that produced large hail and injured a motor cyclist.

**New Haven County**
**1 NNW South Britain** 27     1823EST                                  0       0       8.00K             Thunderstorm Wind (87EG)

# Storm Data and Unusual Weather Phenomena

May 2014

| Location | Date | Time Local/Standard | Path Length (Miles) | Path Width (Yards) | Number of Persons Killed | Number of Persons Injured | Estimated Damage Property | Estimated Damage Crops | Character of Storm |
|---|---|---|---|---|---|---|---|---|---|

**CONNECTICUT, Southern**

An NWS storm survey was conducted by WFO Albany that concluded the occurrence of a down burst. The event began at the Southbury Training School and ended at the Southbury Police Department, resulting in a length of about 2.5 miles. The width was inconclusive. There was extensive tree damage reported of hardwoods and softwoods, with numerous trees reported as snapped and/or uprooted. The damage suggests maximum winds of around 100 mph.

Note: The estimated wind gust of 87 knots is equivalent to 100 mph.

| New Haven County Allington | 27 | 1946EST 2034EST | | | 0 | 0 | 0.00K | 0.00K | Flash Flood |

Campbell Ave. was impassable from Clark St. to George St. in West Haven due to flooding.

| New Haven County Allington | 27 | 2004EST 2034EST | | | 0 | 0 | 0.00K | 0.00K | Flash Flood |

The local fire department responded to a car submerged in flood waters at the intersection of Washington Ave. and Wood St. in West Haven.

An isolated severe thunderstorm formed along and ahead of an approaching cold front moving south across New Haven County. A down burst resulted with maximum peak wind gusts of 100 mph and property damage. This storm also produced very heavy rain resulting in flash flooding.

**DELAWARE**

| New Castle County 1 NE Centerville 1 WNW Brandywine | 01 | 0000EST 1838EST | | | 0 | 0 | 0.00K | 0.00K | Flood |

Heavy rain caused considerable poor drainage and major river and creek flooding in New Castle County. Some of the crests were the highest since Tropical Storm Irene on August 28, 2011. Within Wilmington alone, five roadways were flooded and closed. The Christina River at Coochs Bridge had major flooding and was above its 10.5 foot flood stage from 124 p.m. EDT on April 30th through 332 a.m. EDT on May 1st. It crested at 12.67 feet at 1015 p.m. EDT on April 30th. This was historically the 6th highest crest on record for the river. The White Clay Creek at Newark had minor flooding and was above its 11.5 foot flood stage from 744 p.m. EDT on April 30th through 334 a.m. EDT on May 1st. It crested at 13.71 feet at 1100 p.m. EDT on April 30th. Farther downstream, the White Clay Creek at Delaware Park had major flooding and was above its 13 foot flood stage from 413 p.m. EDT on April 30th through 802 a.m. EDT on May 1st. It crested at 16.90 feet at 100 a.m. EDT on May 1st. This was historically the 6th highest crest on record for the creek and the highest crest since August 28, 2011 associated with Tropical Storm Irene. The Red Clay Creek at Wooddale had major flooding and was above its 7 foot flood stage from 417 p.m. EDT on April 30th through 403 a.m. EDT on May 1st. It crested at 11.41 feet at 1015 p.m. EDT on April 30th. It was the 5th highest crest on record and the highest crest since Tropical Storm Irene on August 28, 2011. Farther downstream, the Red Clay Creek at Stanton crested just below major flooding criteria. It was above its 15 foot flood stage from 407 p.m. EDT on April 30th through 627 a.m. EDT on May 1st. It crested at 19.97 feet at 1145 p.m. EDT on April 30th. It was the 5th highest crest on record and also the highest crest since Tropical Storm Irene on August 28, 2011. The Brandywine Creek at Wilmington had major flooding and was above its 16.5 foot flood stage from 1033 p.m. EDT on April 30th through 738 p.m. EDT on May 1st. It crested at 20.70 feet at 6 a.m. EDT on May 1st, a new record. This new gage has been at this location since 2007. Higher relative crests could have occurred prior to that year. Event precipitation totals included 5.15 inches in Prices Corner, 5.10 inches in Newark, 4.76 inches in Newport, 4.60 inches at the Wilmington Airport and 4.50 inches in Odessa.

**JUNE 2014**
**VOLUME 56**
**NUMBER 6**

# STORM DATA



## AND UNUSUAL WEATHER PHENOMENA
## WITH LATE REPORTS AND CORRECTIONS



**noaa**   NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION
NATIONAL ENVIRONMENTAL SATELLITE, DATA AND INFORMATION SERVICE
NATIONAL CLIMATIC DATA CENTER, ASHEVILLE, NC

**Cover:** This cover represents a few weather conditions such as snow, hurricanes, tornadoes, heavy rain and flooding that may occur in any given location any month of the year. *(Photos courtesy of NCDC)*

## TABLE OF CONTENTS

| | Page |
|---|---|
| Storm Data and Unusual Weather | 3 |
| Additions/Corrections | 863 |
| Reference Notes | 913 |

### STORM DATA
(ISSN 0039-1972)
National Climatic Data Center
Editor: Rhonda Herndon

**STORM DATA** is prepared, and distributed by the National Climatic Data Center (NCDC), National Environmental Satellite, Data and Information Service (NESDIS), National Oceanic and Atmospheric Administration (NOAA).

The Storm Data and Unusual Weather Phenomena narratives and Hurricane/Tropical Storm summaries are prepared by the National Weather Service. Monthly and annual statistics and summaries of tornado and lightning events resulting in deaths, injuries, and damage are compiled by the National Climatic Data Center and the National Weather Service's (NWS) Storm Prediction Center.

**STORM DATA** contains all confirmed information on storms available to our staff at the time of publication. Late reports and corrections will be printed in each edition.

Except for limited editing to correct grammatical errors, the data in Storm Data are published as received.

Note: "None Reported" means that no severe weather occurred and "Not Received" means that no reports were received for this region at the time of printing.

Subscription, pricing, and ordering information is available from:

NOAA \ National Climatic Data Center
Attn: User Engagement & Services Branch
151 Patton Avenue
Asheville, NC  28801-5001
(828) 271-4800, option 2 (Customer Services)

Storm Data
National Climatic Data Center
151 Patton Avenue
Asheville, NC  28801-5001
e-mail: storm.data@noaa.gov

Any such items received by the editor will be for use in **STORM DATA** only. Any other use will be with the permission of the owner of said items. Materials will be returned if requested.

This is an official publication of the National Oceanic and Atmospheric Administration and is compiled from information received at the National Climatic Data Center Asheville, North Carolina 28801-5001.

*Thomas R. Karl*

Thomas R. Karl
Director,
National Climatic Data Center

# Storm Data and Unusual Weather Phenomena

June 2014

| Location | Date | Time Local/Standard | Path Length (Miles) | Path Width (Yards) | Number of Persons Killed | Number of Persons Injured | Estimated Damage Property | Estimated Damage Crops | Character of Storm |
|---|---|---|---|---|---|---|---|---|---|

### COLORADO, South Central and Southeast

**Prowers County**
**5 W Bristol**  25  1944MST / 1949MST     0  0  0.00K  0.00K  Hail (1.75)

Isolate severe storms produced hail up to the size of golf balls. A funnel cloud was seen in northern Prowers County.

**El Paso County**
**2 SE Ramah**  27  1246MST / 1251MST     0  0  0.00K  0.00K  Hail (1.50)

**El Paso County**
**8 SE Calhan**  27  1314MST / 1319MST     0  0  0.00K  0.00K  Hail (1.00)

**Kiowa County**
**10 NNE Haswell**  27  1318MST / 1323MST  2.14  100  0  0  0.00K  0.00K  Tornado (EF0)

A tornado occurred over open country causing no known damage.

**Kiowa County**
**11 NW Eads**  27  1340MST / 1345MST     0  0  0.00K  0.00K  Hail (2.00)

A cluster of strong to severe storms moved through northeastern El Paso County producing hail up to ping pong ball size. A severe storm produced large hail and a brief tornado in north central Kiowa County.

**Baca County**
**3 SW Springfield**  30  1620MST / 1623MST  0.27  50  0  0  0.00K  0.00K  Tornado (EF0)

A brief landspout tornado occurred over open country with no damage.

**Baca County**
**Campo**  30  1749MST / 1754MST     0  0  0.00K  0.00K  Hail (1.75)

A cluster of strong to severe storms produced hail up to golf ball size and a brief tornado west-southwest of Springfield.

### COLORADO, West

**COZ021-022**  Animas River Basin - Four Corners/Upper Dolores River Basin

01  0000MST
30  2359MST           0  0  0.00K  0.00K  Drought

June 2014 lived up to its reputation as being one of the driest months of the year in western Colorado. Precipitation amounts at climate stations in southwest Colorado were a third to three quarters of an inch deficit for the month, allowing severe drought conditions to persist in the Four Corners region.

### CONNECTICUT, Northwest

**Litchfield County**
**Winsted**  18  0100EST      0  0         Thunderstorm Wind (50EG)

A tree was reportedly downed due to thunderstorm winds in Winsted. The tree fell on a house and caused some minor damage.

A warm and humid air mass was in place during the early morning hours on Wednesday, June 18th. A strong cold front moved across the region from west to east shortly after midnight during the early morning hours. Along and just ahead of this boundary, a line of severe thunderstorms in the form of a squall line raced from west to east across the area. These storms produced significant wind damage across eastern New York. The thunderstorms weakened somewhat as they reached the border with western New England as instability started to wane, but still caused damage to a tree, which fell on a house in Winsted. The threat for thunderstorms ended with the passage of the cold front by the late night hours, as drier and less humid air worked into the region. Note: The estimated wind gust of 50 knots is equivalent to 58 mph.

61

# Storm Data and Unusual Weather Phenomena

June 2014

| Location | Date | Time Local/Standard | Path Length (Miles) | Path Width (Yards) | Killed | Injured | Property | Crops | Character of Storm |
|---|---|---|---|---|---|---|---|---|---|
| **CONNECTICUT, Southern** | | | | | | | | | |
| **New Haven County** | | | | | | | | | |
| New Haven | 13 | 1230EST<br>1335EST | | | 0 | 0 | 0.00K | 0.00K | Flash Flood |

Humphrey St. near James St. as well as Brewery St. in New Haven were closed due to flooding. Several cars were stranded in flood waters. Route 34 eastbound was also closed at Interstates 91 and 95 due to flash flooding.

| Location | Date | Time | | | Killed | Injured | Property | Crops | Character of Storm |
|---|---|---|---|---|---|---|---|---|---|
| **New Haven County** | | | | | | | | | |
| New Haven | 13 | 1258EST<br>1335EST | | | 0 | 0 | 0.00K | 0.00K | Flash Flood |

Union Ave. near Route 1 in New Haven was closed due to flooding. Additionally, a car was stranded and being pulled out of flood waters by a tow truck near the Kimberly Ave. and Interstate 95 overpass.

An approaching cold front triggered a line of thunderstorms that produced heavy rain and resulted in flash flooding in New Haven County.

| Location | Date | Time | | | Killed | Injured | Property | Crops | Character of Storm |
|---|---|---|---|---|---|---|---|---|---|
| **DELAWARE** | | | | | | | | | |
| **New Castle County** | | | | | | | | | |
| 1 WNW Duross Hgts<br>1 ENE Christiana | 10 | 1445EST<br>1645EST | | | 0 | 0 | 0.00K | 0.00K | Flash Flood |

Heavy rain led to flash flooding of roadways around the intersection of Interstate 95 and Churchmans Road in the northeast part of White Clay Hundred. The left lanes of Interstate 95 in both directions were flooded. Southbound Interstate 95 was down to one lane open. Southbound Delaware State Route 1 was closed at Interstate 95 due to flooding. The ramps from Churchmans Road were also flooded. Sand and mud runoff spilled onto the Delaware State Route 1 ramp from the Christina Mall. The heavy rain also caused a gas station's canopy collapse at University Plaza in Christina. Doppler Radar storm total estimates reached between 3 and 4 inches in the area.

A nearly stationary frontal boundary focused slow moving thunderstorms with heavy rain in New Castle County during the afternoon of the 10th. This caused flash flooding in the county. Doppler Radar storm total estimates exceeded three inches in north central New Castle County.

| Location | Date | Time | | | Killed | Injured | Property | Crops | Character of Storm |
|---|---|---|---|---|---|---|---|---|---|
| **Kent County** | | | | | | | | | |
| 1 SSE Dover | 13 | 1620EST<br>1820EST | | | 0 | 0 | 0.00K | 0.00K | Flash Flood |

Thunderstorms with heavy downpours caused flash flooding within Dover. Lockerman Street was flooded and closed. A water rescue saved one person from a trapped vehicle. A few buses were also surrounded by flood waters within the city. Event precipitation totals included 1.78 inches in Dover.

| Location | Date | Time | | | Killed | Injured | Property | Crops | Character of Storm |
|---|---|---|---|---|---|---|---|---|---|
| **Sussex County** | | | | | | | | | |
| 2 NE Oak Orchard<br>2 N Clarksville | 13 | 2015EST<br>2230EST | | | 0 | 0 | 0.00K | 0.00K | Flash Flood |

Thunderstorms with heavy downpours caused flash flooding in the Millsboro and Long Neck areas of Sussex County around Indian River Bay. The flash flooding was enhanced because the heavy rain and run-off coincided with the high tide. Event precipitation totals included 1.90 inches in Millsboro.

An approaching cold front triggered thunderstorms with heavy downpours across Delaware. Localized amounts reached around two inches and caused flash flooding during the late afternoon and evening of the 13th. In addition, the combination of the preceding onshore flow and spring tides associated with the full moon caused minor tidal flooding during the evening high tide cycle on the 13th. This was the third of four successive evenings with minor tidal flooding. The highest tide at Lewes (Sussex County) was 6.24 feet above mean lower low water on the evening of the 11th. Minor tidal flooding starts at 6.00 feet above mean lower low water.

| Location | Date | Time | | | Killed | Injured | Property | Crops | Character of Storm |
|---|---|---|---|---|---|---|---|---|---|
| DEZ001>004 | | Delaware Beaches - Inland Sussex - Kent - New Castle | | | | | | | |
| | 18<br>19 | 1100EST<br>1900EST | | | 1 | 0 | 0.00K | 0.00K | Heat |