Criminal Std (6/13/2012)

HONORABLE: Robert N. Chatigny
DEPUTY CLERK Glynn, T.    RPTR/ECRO/TAPE Warner, Darlene
USPO _____    INTERPRETER _____

TOTAL TIME: ___ hours  56 minutes
DATE: Apr 5, 2016   START TIME: 2:19   END TIME: 3:15

## COURTROOM MINUTES

☐ IA-INITIAL APPEAR   ☐ BOND HRG   ☐ CHANGE OF PLEA   ☐ IN CAMERA HRG
☐ IA- RULE 5          ☐ DETENTION HRG   ☐ WAIVER/PLEA HRG   ☐ COMPETENCY HRG
☐ ARRAIGNMENT         ☐ PROBABLE CAUSE  ☐ EXTRADITION HRG   ☐ FORFEITURE
☐ CONFLICT HRG        ☐ EVIDENTIARY HRG ☒ STATUS CONF  TC   ☐ MOTION HRG

CRIMINAL NO. 15cr67 RNC    DEFT # 1

UNITED STATES OF AMERICA
vs
Robert Gentile

John Durham
AUSA

Ryan McGuigan
Counsel for Defendant Ret ☐ CJA  ☒ PDA  ☐

☐ ....... Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
☐ ...... ☐ Arrest Date (CT Case): ____  ☐ Case unsealed or ☐ Rule 5 arrest, ____ Dist of ____
☐ ...... CJA 23 Financial Affidavit filed ☐ under seal
☐ ...... Order Appointing Federal Public Defender's Office filed
☐ ...... Court appoints Attorney ____ to represent defendant for ☐ this proceeding only ☐ all proceedings
☐ ...... Appearance of ____ filed
☐ ...... ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of ____ filed
☐ ...... ☐ Information/Misdemeanor filed ☐ Sealed Information filed
☐ ...... ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
☐ ...... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
☐ ...... Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed
☐ ...... Plea of ☐ not guilty ☐ guilty ☐ nolo contendere to count(s) ____ of the ____ (indict, superseding indict, info)
☐ ...... Petition to Enter Guilty Plea filed
☐ ...... Defendant motions due ____ ; Government responses due ____
☐ ...... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
☐ ....... Hearing on Pending Motions scheduled for ____ at ____
☒ ...... Jury Selection set for 07-11-2016 at 9AM
☐ ...... Remaining Count(s) to be dismissed at sentencing
☐ ...... Sentencing set for ____ at ____  ☐ Probation 246B Order for PSI & Report
☐ ...... Special Assessment of $____ on count(s) ____. Total $ ____ ☐ Due immediately ☐ Pay at sentencing
☐ ...... Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ ...... Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ ...... Order of Detention filed
☐ ...... Deft ordered removed/committed to originating /another District of ____
☐ ...... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
☐ ...... Waiver of Rule 5 Hearing filed
☐ ...... Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ ...... Bond ☐ set at $____ ☐ reduced to $____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
☐ ...... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
☐ ...... Defendant detained
☐ ...... ____ Hearing ☐ waived ☐ set for ____ ☐ continued until ____
☐ ...... Set Attorney Flag and notify Federal Grievance Clerk

☒ SEE page II for   ☐ conditions of bond   ☒ additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____ ; ☐ Must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☒ ..... Defense counsel to file a motion to continue jury selection including a waiver of speedy trial.

## ADDITIONAL PROCEEDINGS

| | | | granted | denied | advisement |
|---|---|---|---|---|---|
| ☐ ..... Deft's oral motion | | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... Deft's oral motion | | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... Deft's oral motion | | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... Deft's oral motion | | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... Govt's oral motion | | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... Govt's oral motion | | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... Govt's oral motion | | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... Govt's oral motion | | | ☐ granted | ☐ denied | ☐ advisement |
| ☒ ..... #63 Deft Gentile Motion for Disclosure -GRT inpart/DEN in part | | | ☒ granted | ☒ denied | ☐ advisement |
| ☐ ..... # Deft Motion | | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... # Govt Motion | | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... # Govt Motion | | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... | | ☐ filed | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... | | ☐ filed | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... | | ☐ filed | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... | | ☐ filed | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... | | ☐ filed | ☐ granted | ☐ denied | ☐ advisement |