Criminal Std  (6/13/2012)

HONORABLE: Robert N. Chatigny

DEPUTY CLERK Glynn, T.          RPTR/ECRO/TAPE Warner, Darlene

USPO _____          INTERPRETER _____

TOTAL TIME: _____ hours 12 minutes

DATE: Jun 20, 2016   START TIME: 2:08   END TIME: 2:20

## COURTROOM MINUTES

| | | | |
|---|---|---|---|
| ☐ IA-INITIAL APPEAR | ☐ BOND HRG | ☐ CHANGE OF PLEA | ☐ IN CAMERA HRG |
| ☐ IA- RULE 5 | ☐ DETENTION HRG | ☐ WAIVER/PLEA HRG | ☐ COMPETENCY HRG |
| ☐ ARRAIGNMENT | ☐ PROBABLE CAUSE | ☐ EXTRADITION HRG | ☐ FORFEITURE |
| ☐ CONFLICT HRG | ☐ EVIDENTIARY HRG | ☒ STATUS CONF  TC | ☐ MOTION HRG |

CRIMINAL NO. 15cr67 RNC          DEFT # ___1___

**UNITED STATES OF AMERICA**

vs

Robert Gentile

John Durham

AUSA

Ryan McGuigan

Counsel for Defendant Ret ☐ CJA ☒ PDA ☐

☐ .......Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED

☐ ..... ☐ Arrest Date (CT Case): _____ ☐ Case unsealed or ☐ Rule 5 arrest, _____ Dist of _____

☐ ..... CJA 23 Financial Affidavit filed ☐ under seal

☐ ..... Order Appointing Federal Public Defender's Office filed

☐ ..... Court appoints Attorney_____ to represent defendant for ☐ this proceeding only ☐ all proceedings

☐ ..... Appearance of _____ filed

☐ ..... ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of _____ filed

☐ ..... ☐ Information/Misdemeanor filed ☐ Sealed Information filed

☐ ..... ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed

☐ ..... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed

☐ ..... Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed

☐ ......Plea of ☐ not guilty ☐ guilty ☐ nolo contendere to count(s)_____ of the _____

☐ ..... Petition to Enter Guilty Plea filed                                      (indict, superseding indict, info)

☐ ..... Defendant motions due _____ ; Government responses due _____

☐ ..... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order

☐ .......Hearing on Pending Motions scheduled for _____ at _____

☐ ..... Jury Selection set for _____ at _____

☐ ..... Remaining Count(s) to be dismissed at sentencing

☐ ..... Sentencing set for _____ at _____ ☐ Probation 246B Order for PSI & Report

☐ ..... Special Assessment of $_____ on count(s)_____ . Total $ _____ ☐ Due immediately ☐ Pay at sentencing

☐ ..... Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT

☐ ..... Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT

☐ ..... Order of Detention filed

☐ ..... Deft ordered removed/committed to originating /another District of _____

☐ ..... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed

☐ ..... Waiver of Rule 5 Hearing filed

☐ ..... Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT

☐ ..... Bond ☐ set at $_____ ☐ reduced to $_____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance

☐ ..... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified

☐ ..... Defendant detained

☐ ..... _____ Hearing ☐ waived ☐ set for _____ ☐ continued until _____

☐ ..... Set Attorney Flag and notify Federal Grievance Clerk

☐ SEE page II for ☐ conditions of bond ☐ additional proceedings

CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO.  A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____; ☐ Must not apply for a passport.

☐ .......Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☐ ....... _____

_____

_____

_____

**ADDITIONAL PROCEEDINGS**

☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ .......Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ .......Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement