UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No.: 3:15CR00067 (RNC) |
| ROBERT GENTILE | : JULY 6, 2016 |

### DEFENDANT ROBERT GENTILE'S MOTION FOR CONTINUANCE OF TRIAL AND WAIVER OF SPEEDY TRIAL

Pursuant to L.R. Crim. P. Rule 47 and 18 U.S.C. 3161, the defendant, Robert Gentile, by and through his undersigned counsel, hereby moves this Court for an Order continuing the trial date until after the Court has made a determination as to the Defendant's competency to stand trial. As discussed in the Defendant's Motion to Determine Competency of Defendant and for Leave to Incur Expenses, there is reasonable cause to believe that "the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." See 18 U.S. Code § 4241.

With this continuance in mind, the Defendant, through his undersigned counsel, hereby waives his right to a speedy trial and requests the Court exclude the time from

1

this date to the date this Court selects for jury selection from the Speedy Trial computation. In support of said waiver, the undersigned represents that:

1. Mr. Gentile has been informed of his rights to a speedy trial under the Speedy Trial Act of 1974, 18 U.S.C. §3161 and the Sixth Amendment of the United States Constitution.

2. Mr. Gentile understands that a motion has been filed requesting that the Court continue the jury selection until after a competency determination has been made.

3. Mr. Gentile understands that his attorney requests this additional time so that an evaluation may be performed to determine his competency to stand trial as well as his culpability.

4. Mr. Gentile understands that by this waiver, the time requested by the instant motion will be excluded from the calculation of his right to a speedy trial under the Speedy Trial Act of 1974.

5. Mr. Gentile requests that the Court find that the ends of justice served by extending the jury selection deadline in this case outweigh the best interests of himself and the public in a speedy trial.

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

WHEREFORE, for all the reasons forthwith, Defendant Robert Gentile requests that the Court continue the trial currently scheduled to commence on July 11, 2016 until such time after the Court has made a determination as to the Defendant's competency to stand trial.

DEFENDANT, ROBERT GENTILE

By  /s/ A. Ryan McGuigan
A. Ryan McGuigan, Esq.
Federal Bar No.: ct24571
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103
Tel:  860/549-1000
Fax:  860/724-3921
Email:  rmcguigan@rms-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2016, a copy of the foregoing documents was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing.

/s/ A. Ryan McGuigan
A. Ryan McGuigan

16289-3/M78021

3

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726