UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No.: 3:15CR00067 (RNC) |
| ROBERT GENTILE | : July 19, 2016 |

### DEFENDANT'S RESPONSE TO GOVERNMENT'S RESPONSE (DOC. #120)

The undersigned counsel, on behalf of the Defendant Robert Gentile, respectfully submits this response to the "Government's Response to Defendant's Motion for Continuance of Trial and Motion to Determine Competency and for Leave to Incur Expenses" (Doc. #120).

The Defendant has no objection to calculating the time excluded for purposes of the Speedy Trial Act from June 20, 2016 (the date on which the issue of competency was first raised). Additionally, in response to the Government's request, the Defendant will provide a Speedy Trial waiver signed by the Defendant himself. In all other respects, the Defendant rests upon his Motion for Continuance (Doc. No. 118) and Motion to Determine Competency and For Leave to Incur Expenses (Doc. 119), which were previously filed with the Court.

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

RESPECTFULLY SUBMITTED,

DEFENDANT,
ROBERT GENTILE

By: /s/ A. Ryan McGuigan
A. Ryan McGuigan
Federal Bar No. ct24571
Rome McGuigan, P.C.
One State Street, 13th Floor
Hartford, CT 06103-3101
860-549-1000
860-724-3921 (fax)
rmcguigan@rms-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th of July, 2016, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

/s/ A. Ryan McGuigan
A. Ryan McGuigan

16289-3/M80782

2

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726