UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


UNITED STATES OF AMERICA          :

V.                                :   Nos. 3:15-CR-67(RNC)
                                          3:16-CR-106(RNC)
ROBERT GENTILE                    :


RULING AND ORDER

The defendant, currently detained at the Donald W. Wyatt Detention Facility awaiting trial in these two cases, has moved pursuant to 18 U.S.C. § 4241 for a hearing to determine his mental competency.

Based on the representations of defense counsel concerning the defendant's symptoms, there is reasonable cause to believe the defendant may presently be suffering from a mental disease or defect that renders him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or assist properly in his defense.

The defendant has asked the Court to designate an examiner to conduct a psychological examination locally for a total of approximately 6 hours.  The Government responds that a longer period of observation will be required for an examiner to form a reliable opinion of the defendant's competency and asks that the Court enter an order committing the defendant to the custody of the Attorney General for placement in a suitable facility where a

1

longer term examination can be conducted.

After considering the representations of defense counsel concerning the defendant's symptoms, and the Government's concerns, the Court finds that sustained observation of the defendant over a period of weeks appears to be necessary in this case.  An examination conducted locally would not be as helpful and might well be inconclusive, necessitating a longer term examination.

Accordingly, pursuant to 18 U.S.C. § 4241 and 4247(b), it is hereby ordered:

1.  The defendant's motion for a competency hearing is granted.

2.  The defendant is committed to the custody of the Attorney General to be examined for a reasonable period, not to exceed thirty days, regarding his mental competency.

3.  The defendant will be placed at FMC Devens or, if such a placement is not possible, at another suitable facility close to Connecticut where the required examination can be conducted.

4.  A psychological report will be prepared in accordance with 18 U.S.C. § 4247(c).  The report will include a description of the defendant's present symptoms, a description of any tests performed and their results, the examiner's findings, and the examiner's opinion as to whether the defendant is suffering from a mental disease or defect that renders him unable to understand

2

the nature and consequences of the proceedings against him or to assist properly in his defense.  The report may also address any other matters the examiner deems pertinent to a determination of the defendant's mental competency.

5.   The examiner will submit the report to the undersigned judge.  The report will then be filed by the Clerk under seal. The Clerk will provide copies of the report to counsel of record.

6.   Counsel will cooperate to provide the examiner with this order, the indictments in these cases, the presentence report prepared in the prior case against the defendant (United States v. Gentile, 3:12-CR-34(RNC)), and the defendant's available medical records.

7.   No statement made by the defendant during the course of the examination will be admissible against the defendant on the issue of guilt in any criminal proceeding.

So ordered this 2nd day of August 2016.


                                    /s/RNC
                           _____
                                Robert N. Chatigny
                           United States District Judge

3