UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. | : Case No.: 3:15CR00067 (RNC) |
| ROBERT GENTILE | : August 31, 2016 |

### MOTION TO AMEND PRETRIAL DETENTION ORDER

The undersigned counsel, on behalf of the Defendant, Robert Gentile, respectfully requests that the Court amend its pretrial detention order entered on or about April 20, 2015; *see* Entry No. 6; in order to permit the release of Mr. Gentile on bond, with or without conditions, in light of his deteriorating health. In the alternative, it is respectfully requested that, pursuant to 18 U.S.C. § 3142, the Court permit the temporary release of Mr. Gentile to his wife at their family residence in Manchester, Connecticut, until his medical condition improves.

On August 2, 2016, the Court granted the Defendant's Motion for Psychiatric Exam, ordering that Mr. Gentile be committed to the custody of the Attorney General to be examined for a reasonable period, not to exceed 30 days. It was further ordered

1

that Mr. Gentile be placed at FMC Devens or another suitable facility close to Connecticut, where the examination could be conducted. However, before he could be moved from Wyatt to an appropriate facility, Mr. Gentile was severely injured. He was admitted to the hospital on August 8, where he remains, due to minimal progress in his condition. The medical staff at Wyatt are reporting that Mr. Gentile is becoming more confused and disoriented. Wyatt will not be able to house Mr. Gentile when he is discharged from the hospital. The USMS is currently working to find a detention facility that can care for him and his medical needs, but most facilities that provide this high level of medical care to inmates are not in our immediate area, and it is likely Mr. Gentile will need to be housed several hours away from the district of Connecticut.

In light of these circumstances, it is respectfully requested that the order requiring the pretrial detention of Mr. Gentile be modified so as to permit his release on bond, with or without conditions as the Court deems proper. In the alternative, it is requested that Mr. Gentile be released on a temporary basis to his wife at their family residence, as his medical condition constitutes a compelling reason to permit such temporary release.

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

RESPECTFULLY SUBMITTED,

DEFENDANT,
ROBERT GENTILE

By:   /s/ A. Ryan McGuigan
A. Ryan McGuigan
Federal Bar No. ct24571
Rome McGuigan, P.C.
One State Street, 13th Floor
Hartford, CT 06103-3101
860-549-1000
860-724-3921 (fax)
rmcguigan@rms-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st of August, 2016, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

    /s/ A. Ryan McGuigan
A. Ryan McGuigan

16289-3/M94539

3

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726