

**U. S. DEPARTMENT OF JUSTICE**
FEDERAL BUREAU OF PRISONS
FEDERAL MEDICAL CENTER

P. O. Box 1600
Butner, North Carolina 27509-1600
(919) 575-3900

December 7, 2016

The Honorable Robert N. Chatigny
Abraham Ribicoff Federal Building
450 MainStreet, Room 228
Hartford, Connecticut 06103

RE: GENTILE, Robert
Register Number: 20823-014
Docket Number: 3:15-CR-76(RNC)
3:16-CR-106(RNC)

Dear Judge Chatigny:

The above-referenced individual was admitted to the Mental Health Unit of FMC-Butner on December 6, 2016, pursuant to the provisions of Title 18, United States Code, Section 4241(b).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing, which are necessary to complete his evaluation. In order to provide the Court with a comprehensive evaluation, I respectfully request that his evaluation period begin on the day of his arrival and be extended for an additional 15 days. If this request is granted, the evaluation period will end on January 19, 2017. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 working days of the end date. If you concur, please forward a signed copy of this letter or the amended Order via fax to (919) 575-4866 to the attention of Inmate Systems Management. In addition, please send a certified copy to the Records Office at FMC Butner.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact Ms. Kelly Forbes, Health Systems Specialist, extension 6030.

Respectfully,

J. C. Holland
Complex Warden

**GRANTED**/~~DENIED~~ (Circle One)

Signature: /s/ Robert N. Chatigny    DATE: 12/13/16
District Judge Robert N. Chatigny

cc: John H. Durham, Assistant United States Attorney
Ryan McGuigan/Joseph Bree Burns, Defense Attorney