UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    CRIMINAL NO. 3:15CR67(RNC) |
| v. | : |
| | : |
| ROBERT V. GENTILE | : |

### FINAL ORDER OF FORFEITURE

Whereas on June 9, 2017, this Court entered a Preliminary Order of Forfeiture that forfeited, pursuant to 21 U.S.C. § 853: one (1) .38 caliber Colt Cobra revolver bearing serial number M54544, and five (5) rounds of .38 caliber Smith and Wesson ammunition, seized on or about March 2, 2015 from the Defendant, for violations of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

And whereas, pursuant to 21 U.S.C. § 853(n), for at least 30 consecutive days, beginning on June 15, 2017, and ending on July 14, 2017, the United States published on the Government's forfeiture website on the Internet, http://www.forfeiture.gov, notice of this forfeiture and of the intent of the United States to dispose of the property as the Attorney General may direct, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property.

And whereas no timely petitions have been filed.

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED:

That, pursuant to 21 U.S.C. § 853(n)(7), the right, title, and interest to the following: one (1) .38 caliber Colt Cobra revolver bearing serial number M54544, and five (5) rounds of .38 caliber Smith and Wesson ammunition is hereby condemned, forfeited, and vested in the United States of America and that no right, title, or interest to the property shall exist in any other party.

That pursuant to 21 U.S.C. §§ 853(g)-(i), the United States may dispose of this property

according to law; and

That the Clerk of Court is directed to send 2 certified copies of this Final Order of Forfeiture to Assistant United States Attorney John H. Durham, 157 Church Street, 25th Floor, New Haven, Connecticut 06510, as well as copies of this order to all counsel or parties of record.

SO ORDERED this __8__ day of __September__, 2017 at Hartford, Connecticut.

                                      /s/ Robert N. Chatigny
                                  THE HONORABLE ROBERT N. CHATIGNY
                                  UNITED STATES DISTRICT JUDGE