UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | : Case No.: 3:15-cr-00067-RNC-1 |
| **ROBERT GENTILE** | : September 21, 2017 |

## MOTION TO DETERMINE COMPETENCY OF DEFENDANT

The undersigned counsel, on behalf of the Defendant Robert Gentile, respectfully requests that the Court order a psychological examination of the Defendant be conducted, and that a hearing be held thereafter to determine the Defendant's mental competency for sentencing. The Defendant further requests that the Defendant be placed at a suitable facility, namely F.M.C. Butner, in South Carolina.

The Defendant's counsel has become increasingly concerned about the Defendant's ability to understand the charges against him and assist in his defense. This concern stems from counsel's observation of the Defendant's diminished memory and ability to understand. Counsel has also observed that the Defendant has been getting dates and facts significantly confused. Particularly, the Defendant could not rec all pleading guilty; his Pre-Sentence Interview; or any substantive meetings that he had with his counsel. For these reasons, it is respectfully submitted that there is reasonable cause to believe that "the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist

1

properly in his defense." See 18 U.S. Code § 4241. Counsel further believes an examination is necessary to determine whether the Defendant's mental state may affect his ability to enter into a plea agreement.

The Defendant respectfully requests that the Defendant be committed to the custody of the Attorney General to be placed at a suitable facility, namely Butner F.M.C., in South Carolina, to be examined regarding his mental capacity.

WHEREFORE, for the foregoing reasons, the Defendant Robert Gentile respectfully requests that his motion for a competency determination be granted.

RESPECTFULLY SUBMITTED,

DEFENDANT, ROBERT GENTILE

By: _____
A. Ryan McGuigan
Federal Bar No. ct24571
Rome McGuigan, P.C.
One State Street, 13th Floor
Hartford, CT 06103-3101
860-549-1000
860-724-3921 (fax)
rmcguigan@rms-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st of September, 2017, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

_____
A. Ryan McGuigan

MI9719

ROME MCGUIGAN, P.C.
One State Street-21st Floor, Hartford, CT  06103-3101 • (860) 549-1000 • (860) 724-3921 Fax