```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA        :
                                :
V.                              :   Nos. 3:12-cr-34 (RNC)
                                :        3:15-CR-67(RNC)
                                :        3:16-CR-106(RNC)
ROBERT GENTILE                  :
```

ORDER

Defendant Robert Gentile, currently detained at the Donald W. Wyatt Detention Facility pending sentencing in these cases, has moved for a competency examination.  He has previously undergone an examination at FMC Butner in connection with these cases.  See United States v. Gentile, 15-cr-67 (RNC), ECF Nos. 125 and 132.  He requests an order that he be transferred to Butner for another examination.

Based on the representations of defense counsel concerning the defendant's symptoms, there is reasonable cause to believe he may presently be suffering from a mental disease or defect that renders him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or assist properly in his defense.

Accordingly, pursuant to 18 U.S.C. § 4241 and 4247(b), it is hereby ordered:

1.  The defendant is committed to the custody of the Attorney General to be examined for a reasonable period, not to

1

exceed thirty days, regarding his mental competency.

2. The defendant will be placed at FMC Butner or, if such a placement is not feasible, at another suitable facility where the examination can be conducted.

3. A psychological report will be prepared in accordance with 18 U.S.C. § 4247(c).

4. The examiner will submit the report to the undersigned judge. The report will then be filed by the Clerk under seal. The Clerk will provide copies of the report to counsel of record.

5. Counsel will cooperate to provide the examiner with this order, the presentence report and any other information that will aid in the examination and preparation of the report.

6. No statement made by the defendant during the course of the examination will be admissible against the defendant on the issue of guilt in any criminal proceeding.

So ordered this 25th day of September 2017.

                                            /s/ RNC
                                    Robert N. Chatigny
                              United States District Judge