# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No.: 3:16-cr-00106-RNC-1 |
| ROBERT GENTILE | : November 17, 2017 |

## MOTION TO AMEND PRETRIAL DETENTION ORDER

The undersigned counsel, on behalf of the Defendant, Robert Gentile, respectfully requests that the Court amend its pretrial detention order entered on or about June 2, 2016; in order to permit the release of Mr. Gentile on bond, with or without conditions, in light of his age and deteriorating health. In addition, counsel for the Defendant has learned from the United States Attorney's office, that the Defendant has been moved to Brooklyn Metropolitan Correctional Center "on a short term basis," and as such, he will be moved to F.M.C. Butner in South Carolina as per the Order of the Honorable Robert N. Chatigny dated September 20, 2017. Since this Court's Order, it is the undersigned understanding that Mr. Gentile, an octogenarian, has been moved from Bridgeport Correctional Center to Wyatt Detention Center (in Rhode Island) and now to Brooklyn Metropolitan Correctional Center (in New York). Based on the findings of the psychological report previously filed with this Court from F.M.C. Butner, it is the position of the undersigned that the failure of the Marshal service to promptly return Mr. Gentile for psychological evaluation pursuant to the Judge's Order; the extended delay and multiple transfers of the Defendant, will further exacerbate his psychological condition and constitute cruel and unusual punishment. Due to the multiple transfers

from one facility to another, the undersigned has not been able to contact his client in a meaningful way; thus denying his Sixth Amendment right to counsel. The undersigned believes that it is in the interest of justice to detain Mr. Gentile at home with 24 hour G.P.S. monitoring until this psychological evaluation can be performed in Connecticut. Furthermore, it is the belief of the undersigned that judicial economy would best be served by detaining Mr. Gentile at home. Furthermore, it is the undersigned contention that Mr. Gentile is not a flight risk and at his advanced age and mental state, he does not pose a threat to the community.

It is respectfully requested that the order requiring the pretrial detention of Mr. Gentile be modified so as to permit his release on bond, with the condition of G.P.S. monitoring at his home in Manchester, Connecticut until the time of his sentencing.

RESPECTFULLY SUBMITTED,
DEFENDANT,
ROBERT GENTILE

By: /s/ A. Ryan McGuigan
A. Ryan McGuigan
Federal Bar No. ct24571
Rome McGuigan, P.C.
One State Street, 13th Floor
Hartford, CT 06103-3101
860-549-1000
860-724-3921 (fax)
rmcguigan@rms-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th of November, 2017, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

                                            /s/ A. Ryan McGuigan
                                            A. Ryan McGuigan

MK1558

ROME MCGUIGAN, P.C.
One State Street-21st Floor, Hartford, CT 06103-3101 • (860) 549-1000 • (860) 724-3921 Fax