UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 3:16CR106 (RNC) |
| | | Case No. 3:15CR67 (RNC) |
| v. | : | Case No. 3:12CR34 (RNC) |
| **ROBERT GENTILE** | : | November 21, 2017 |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO AMEND PRETRIAL DETENTION ORDER

Comes now the United States, by and through its undersigned counsel, to respond to the defendant's "Motion to Amend Pretrial Detention Order" dated November 17, 2017 and filed in the above-captioned case. The Government opposes the defendant's motion for the reasons set forth below:

1. On September 25, 2017, this Court ordered that the Bureau of Prisons conduct an examination of the defendant Gentile to determine his competency to proceed in his pending cases;

2. On November 17, 2017, pursuant to the Court's request, the government contacted the U.S. Marshals Service to determine the defendant's current place of incarceration and status of the ordered competency examination. In doing so, the Government was advised that the defendant was being held at the MDC in Brooklyn, NY awaiting transportation to FMC Butner, North Carolina;

3. On information and belief, the delay in transporting the defendant Gentile to the BOP facility in Butner, North Carolina was due to the unavailability of a bed for him;

Further,

4. The U.S. Marshals Service advised that a bed had opened up at FMC Butner and Gentile was to be transported to that facility; however, the flight that was scheduled to take him to North Carolina was cancelled.

5.      On today's date, the defendant in fact was transported on a commercial flight to the BOP facility in Butner, North Carolina.

Moreover, with respect to the defendant's current medical status:

6.      It is the Government's understanding that there have been no recent significant or substantial changes to his medical status.  In fact, pursuant to the request of the U.S. Attorney's Office on Monday, November 20, 2017, the defendant Gentile was examined by Dr. Bruce Bialor (MD/MDC Brooklyn) and it was determined that the defendant's medical condition is stable other having what is referenced in the examination report as Nasopharyngitis, that is … a common cold.  *See* Sealed Exhibit 1 attached hereto.

WHEREFORE, the government respectfully submits that there have been no changes in the defendant's circumstances that would warrant a change in his current detention status.

Respectfully Submitted,

*/s/ John H. Durham*

JOHN H. DURHAM
UNITED STATES ATTORNEY
FEDERAL BAR NO. ct05087
157 CHURCH STREET,  23RD FLR.
NEW HAVEN, CT  06510
(203) 821-3700
John.Durham@usdoj.gov

## CERTIFICATION

This is to certify that a copy of the within and foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Courts CM/ECF System. In addition, a copy of said Motion is being e-mailed and facsimiled by the Government to opposing counsel.

*/s/ John H. Durham*
JOHN H. DURHAM
UNITED STATES ATTORNEY